UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No. 7:23-CR-014-DCR-006    at: Pikeville    Date: January 16, 2025

USA vs. Chris Prater    _X_ present ___ custody ___ bond _X_ OR  Age ___

DOCKET ENTRY: The parties appeared for a sentencing hearing as noted. United States Probation Officer William Clay Weaver also was present. The Court adopts the findings and guideline calculations set out in the Presentence Report ("PSR") as well as the Addendum to the report. The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The defendant's objection to ¶ 48 of the PSR is **OVERRULED** for the reasons stated on the record. The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED** and the oral motion to dismiss Count 6 of the Indictment is **SUSTAINED**, effective upon entry of the Judgment. The defendant's oral motion for a variance (i.e., time served or home detention) is **GRANTED**, in part. The Court varies below the guideline range for reasons stated on the record.

PRESENT: HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Tara Adkins | Sandy Wilder | none | Kate K. Smith |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Sebastian M. Joy   _X_ present  ___ retained  _X_ appointed

PROCEEDINGS: SENTENCING (non-evidentiary)

_X_   Objection to Presentence Report

___   No objections to Presentence Report.

_X_   After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights. If the defendant chooses not to file a notice of appeal, counsel should indicate such in the notice. If a notice of appeal is filed, counsel need not file this information.

_X_   The Court Reporter shall transcribe the proceedings of the hearing on the Objections to the Presentence Report and file in the record.

_X_   Court's Advice of Right to Appeal read and provided to defendant.

_X_   Transcript shall be deemed as written findings of Court.

_X_   Judgment shall be entered (See Judgment & Commitment.)

_X_   Defendant shall remain on bond subject to conditions previously imposed by this Court.

1

Copies: COR, USP, USM
Initials of Deputy Clerk: TDA
TIC:    1/25